**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
John R. Whitefleet, SBN 213301
jwhitefleet@porterscott.com
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorney for Defendants COUNTY OF SAN JOAQUIN;PATRICK WITHROW; PAULA ALEYDA ARAGON DE GONZALEZS, LVN; MARY M. CENDANA, RN

**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**T. Kennedy Helm, IV (SBN 282319)**
**HELM LAW OFFICE, PC**
644 40th Street, Suite 305
Oakland, California 94609
T: (510) 350-7517
F: (510) 350-7359
email: kennedy@helmlawoffice.com

Attorneys for Plaintiffs M.P., a minor, and ROY MCCOLLUM

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| M.P., a minor, by and through his guardian ad litem, Roy McCollum, individually and as successor in interest to Decedent BRITTANY CAITLIN McCULLUM; and ROY McCOLLUM, individually,<br><br>  Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN, a public entity; San Joaquin County Sheriff PATRICK WITHROW; San Joaquin County Employees PAULA ALEYDA ARAGON | CASE NO.  2:23-cv-00245-AC<br><br>**STIPULATION AND (PROPOSED) ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: 02/08/2023 |

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

DE GONZALEZ, LVN; MARY M.
CENDANA, RN; and County of San Joaquin
DOES 1-50, jointly and severally,

        Defendants.
_____/

       Plaintiffs M.P., a minor, by and through his guardian ad litem, Roy McCollum, individually and as successor in interest to Decedent BRITTANY CAITLIN McCULLUM; and ROY McCOLLUM, individually, by and through their counsel of record, hereby STIPULATE and AGREE that Defendants COUNTY OF SAN JOAQUIN, PATRICK WITHROW, PAULA ALEYDA ARAGON DE GONZALES, LVN and MARY M. CENDANA, RN (County Defendants) may have an extension until June 19, 2023 to file a responsive pleading to Plaintiffs' Complaint, to allow counsel for Defendants and Plaintiffs to further meet and confer regarding the Complaint, in an effort to avoid motion practice. The Parties further agree that, if County Defendants elect to file any responsive pleading other than an answer, the following briefing schedule will apply: Plaintiffs shall have the same amount of time as the County Defendants' extension within which to file their Opposition to any motion, i.e., 49 days (21 days from the May 1, 2023 date of service of the Complaint, plus the 28-day extension). The Parties further agree that the County Defendants' Reply to Plaintiffs' Opposition shall be due seven days after the filing of Plaintiffs' Opposition. This stipulated briefing schedule will override the otherwise applicable briefing schedule under the Eastern District of California Civil Local Rules.

**IT IS SO STIPULATED.**

                                      Respectfully submitted,

Dated:  May 18, 2023             PORTER SCOTT
                                      A PROFESSIONAL CORPORATION

                                      */s/ John R. Whitefleet* *(as authorized on 05/17/23)*
                                      By: John R. Whitefleet
                                      Attorneys for Defendants


Dated:  May 18, 2023             LAW OFFICE OF SANJAY S. SCHMIDT
                                          -and-
                                      HELM LAW OFFICE, PC


                                      */s/ T. Kennedy Helm, IV*
                                      By: T. Kennedy Helm, IV
                                      Sanjay S. Schmidt
                                      Attorneys for Plaintiffs

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING THEREFOR, and the Parties having stipulated to the same, the Parties' stipulation is hereby APPROVED.

**IT IS HEREBY ORDERED** that Defendants COUNTY OF SAN JOAQUIN, PATRICK WITHROW, PAULA ALEYDA ARAGON DE GONZALES, LVN and MARY M. CENDANA, RN (County Defendants) shall file their response to Plaintiffs' Complaint by June 19, 2023.

**IT IS FURTHER ORDERED** that if County Defendants elect to file any responsive pleading other than an answer, the following briefing schedule will apply: Plaintiffs shall have the same amount of time as the County Defendants' extension within which to file their Opposition to any motion, i.e., 49 days (21 days from the May 1, 2023 date of service of the Complaint, plus the 28-day extension). The County Defendants' Reply to Plaintiffs' Opposition shall be due seven days after the filing of Plaintiffs' Opposition.

**IT IS SO ORDERED.**

DATED: May 18, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE