UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.P., a minor, by and through his guardian ad litem, Roy McCollum, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN JOAQUIN et al.,<br><br>    Defendants. | Case No. 2:23-cv-00245-KJM-AC<br><br>**ORDER** |

The matter before the court is Plaintiff's Second Joint Stipulation to Amend the Scheduling Order. ECF No. 36. Having considered the parties' submission, and upon good cause appearing, the parties' request is **granted**.

The court hereby resets the dates and deadlines for this case as follows:

| DEADLINE | New Date |
|---|---|
| Fact Discovery | 11/14/2025 |
| Settlement Conference | 12/09/2025 |
| Expert Disclosures | 01/16/2026 |
| Exchange of Rebuttal Expert Witnesses | 02/20/2026 |
| All Expert Discovery | 04/17/2026 |
| Filing of all Dispositive Motions, except for Motions for Continuances, Temporary Restraining Orders or Other Emergency Applications | 06/15/2026 |

This resolves ECF No. 36.

**IT IS SO ORDERED.**

DATED: March 26, 2025.

UNITED STATES DISTRICT JUDGE